IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No.   08-cr-00161-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

Alfonso Cantu,

      Defendant.

---

### ORDER EXONERATING BOND

---

This court has granted a government motion to voluntarily dismiss the charges against the defendant. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED this 14th day of August, 2009.

                          **BY THE COURT:**

                          */s/ Marcia S. Krieger*

                          Marcia S. Krieger
                          United States District Judge